### 9350. MEYER *v.* THE STATE.

HARWELL, J. The uncontradicted testimony of the State's witness showed that a search of the defendant's residence was made and a quantity of whisky found therein. The verdict was authorized by the evidence, no

error of law is complained of, and the trial judge did not err in overruling the motion for a new trial.

Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.
DECIDED JANUARY 22, 1918.

Indictment for misdemeanor; from city court of Savannah—Judge Rourke. September 29, 1917.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.